No. 437. BURNETT v. NEW YORK CENTRAL RAILROAD Co. C. A. 6th Cir. Certiorari granted. *Otto F. Putnick* for petitioner. *Robert M. Dennis* for respondent.

No. 71. BEKINS MOVING & STORAGE Co. v. JOHNSON. Supreme Court of Idaho. Certiorari denied. *Russell S. Bernhard, Eldon R. Clawson* and *Maurice H. Greene* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Robert W. Ginnane* and *Leonard S. Goodman* for the Interstate Commerce Commission, as *amicus curiae,* in opposition.

No. 434. BOUGHNER v. TILLOTSON, SPECIAL AGENT, INTERNAL REVENUE SERVICE. C. A. 7th Cir. Certiorari denied. *William A. Barnett* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Joseph M. Howard* and *Burton Berkley* for respondent.

No. 440. TRUCK DRIVERS & HELPERS LOCAL UNION No. 728, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *John S. Patton* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 398. CALMAR STEAMSHIP CORP. v. THOMPSON. C. A. 3d Cir. Certiorari denied. *T. E. Byrne, Jr.,* and *Mark D. Alspach* for petitioner. *Abraham E. Freedman* and *Avram G. Adler* for respondent.